**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOHN DOE,

        Plaintiff,

    -against-

CITY OF NEW YORK et al.,

        Defendants.

-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __ 10/3/2022 __ |

**20-CV-06393 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 30, 2022, Plaintiff submitted a letter motion to compel non-party Verladesh Gilles to appear for an in-person deposition on October 28, 2022 (see ECF No. 68). By that date (October 28, 2022), Ms. Gilles is directed to either appear for the deposition, submit a motion to quash Plaintiff's subpoena, or otherwise respond to Plaintiff's letter motion to compel. Failure to comply with the subpoena or take any action by October 28, 2022 may result in this Court holding Ms. Gilles in civil contempt and imposing sanctions. Plaintiff is directed to serve Ms. Gilles with a copy of this Order.

**SO ORDERED.**

DATED:  New York, New York
     October 3, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge