

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: 12-6-2022

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 C**HURCH** S**TREET**<br>N**EW** Y**ORK**, NY 10007 | **MIN KYUNG CHO**<br>Phone: (212) 356-0872<br>Fax: (212) 356-1148<br>mcho@law.nyc.gov |

December 5, 2022

**Via ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *John Doe v. City of New York and N.Y.C. Health and Hospitals Corp.*
      20-CV-6393 (PAE) (VF)

Dear Judge Figueredo:

  I am an Assistant Corporation Counsel ("ACC") assigned to represent Defendants/Third-Party Plaintiffs the City of New York (the "City") and New York City Health + Hospitals ("H+H") in the above-referenced action, in which Plaintiff alleges that he was the victim of a sexual assault by a physical therapist that occurred at Rikers Island, where Plaintiff was a detainee, on May 30, 2019. I write to respectfully request a 30-day extension of time to file Defendants'/Third-Party Plaintiffs' Proposed Findings of Fact and Conclusions of Law pursuant to the Court's Order dated November 4, 2022 (Dkt. No. 72).

  Presently, the Proposed Findings of Fact and Conclusions of Law are to be filed by December 7, 2022. *See* Dkt. No. 72. Due to a death in the family, I was out of the office and out of the country for an extended period of time. In addition, co-counsel for Defendants will be out of the office on pre-scheduled annual leave in the coming weeks. For these reasons, my office will need additional time to prepare and finalize the Proposed Findings of Fact and Conclusions of Law. Accordingly, I respectfully request a 30-day extension of Defendants' time to file the Proposed Findings of Fact and Conclusions of Law from December 7, 2022, to January 6, 2023.

  This is the Defendants'/Third-Party Plaintiffs' second request for an extension of time to file the Proposed Findings of Fact and Conclusions of Law. My office has not been able to contact the Third-Party Defendant in this matter to obtain Third-Party Defendant's consent to this request.

Thank you for Your Honor's consideration of this request.

Respectfully,

  /s/ Min Kyung Cho
Min Kyung Cho
Assistant Corporation Counsel

cc:   **via Mail**
August Physical Therapy, P.C.
Attn: Jonathan August
7235 150th Street, 2H
Flushing, New York 11367

August Physical Therapy, P.C.
100 Riverside Boulevard, #16H
New York, New York 10069

**via ECF**
*All counsel of record.*