UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOHN DOE,

                      Plaintiff,

        -against-

CITY OF NEW YORK and NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,

                      Defendants.

-----------------------------------------------------------------X

CITY OF NEW YORK and NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,

                      Third-Party Plaintiffs,

        -against-

AUGUST PHYSICAL THERAPY, P.C.,

                      Third-Party Defendant.

-----------------------------------------------------------------X

20-CV-06393 (PAE) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A telephonic conference is hereby rescheduled for **Wednesday, February 1, 2023, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
               January 30, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge