UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                                    Plaintiff,

                    -v-

CITY OF NEW YORK, et al.,

                                    Defendants.

20 Civ. 6393 (PAE) (VF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 7, 2023, Magistrate Judge Valerie Figueredo issued a Report and Recommendation (the "Report") in this matter on defendants' motion for default judgment as to third-party defendant August Physical Therapy, P.C.  The Court orders defendants to serve a copy of the Report on August Physical Therapy, P.C. by February 16, 2023.  Any objections to the Report from any party will be due fourteen days after service of the Report.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 13, 2023
       New York, New York