UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOHN DOE,

                     Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,

                     Defendants.
-------------------------------------------------------------------X

CITY OF NEW YORK and NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,

                     Third-Party Plaintiffs,

-against-

AUGUST PHYSICAL THERAPY, P.C.,

                     Third-Party Defendant.
-------------------------------------------------------------------X

20-CV-06393 (PAE) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to provide the Court with an update on the status of this case by **Friday, February 9, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
             February 2, 2024

                                                                           _____
                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge