UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br> -v-<br><br>CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,<br><br>          Defendants. | 20 Civ. 6393 (PAE) (VF)<br><br>ORDER |
| CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,<br><br>          Third-Party Plaintiffs,<br> -v-<br><br>AUGUST PHYSICAL THERAPY, P.C.,<br><br>          Third-Party Defendant. | |

PAUL A. ENGELMAYER, District Judge:

  A settlement conference in this case is scheduled before Judge Figueredo on April 25, 2024. In the event that the parties are unable to reach a settlement, the Court intends to try the case promptly. In consultation with Judge Figueredo, the Court directs the parties, by May 9, 2024, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions *in limine* are due on the same date as the joint pretrial order; opposition briefs are due one week later.

  The parties are further directed to confer, and, by March 8, 2024, to submit a joint letter estimating the length of a jury trial, and identifying any dates in June, July, and August that are categorically unavailable due to preexisting commitments. The Court's intention is, if possible,

to set a date soon for a jury trial during that period, to assist counsel, the parties, and the Court in their scheduling.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 1, 2024
New York, New York