UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                          Plaintiff,

-v-

CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,

                          Defendants.

20 Civ. 6393 (PAE) (VF)

ORDER

---

CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,

                          Third-Party Plaintiffs,

-v-

AUGUST PHYSICAL THERAPY, P.C.,

                          Third-Party Defendant.

---

PAUL A. ENGELMAYER, District Judge:

On March 1, 2024, the Court directed the parties to confer and, by March 8, 2024, to submit a joint letter estimating the length of a jury trial in this case, and identifying any dates in June, July, and August that are categorically unavailable due to preexisting commitments. Dkt. 110.

That deadline has now passed without any correspondence from the parties. The Court *sua sponte* extends the deadline for the joint letter to **March 12, 2024**. The Court expects counsel strictly to adhere to the Court's orders in future.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2024
       New York, New York