UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                              Plaintiff,

-v-

CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,

                              Defendants.

---

CITY OF NEW YORK *and* NEW YORK HEALTH AND HOSPITALS CORPORATION,

                              Third-Party Plaintiffs,

-v-

AUGUST PHYSICAL THERAPY, P.C.,

                              Third-Party Defendant.

20 Civ. 6393 (PAE) (VF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court thanks the parties for their recent letter identifying possible dates for trial. Dkt. 112. Trial in this case will commence on June 11, 2024. The Court schedules the final pretrial conference in this case for June 3, 2024 at 2:30 p.m., at which time the Court expects to resolve the parties' motions *in limine*, to review the joint pretrial order in detail with counsel, and to take up other issues relating to the trial. The conference will be held in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 22, 2024
      New York, New York