UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                              Plaintiff,<br>                -v-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                              Defendants. | 20 Civ. 6393 (PAE) (VF)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On May 4, 2024, the parties filed a proposed stipulation in which this case would be dismissed with prejudice, and the Court would retain jurisdiction solely "for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter." Dkt. 116. The parties have not, however, placed the terms of their settlement agreement on the public record. Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Court orders the parties, by May 11, 2024, to file a proposed order conforming with the Court's Individual Rules. At the parties' option, the Court is willing to retain jurisdiction over this case if the parties are willing to place the terms of their settlement agreement on the public record.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 5, 2024
       New York, New York

2